■ MARY FLORES et al., Appellants, v ATLANTIS ASSOCIATES, INC., et al., Respondents. [619 NYS2d 652] —Appeal by the plaintiffs from (1) an order of the Supreme Court, Nassau County (O'Brien, J.), dated March 24, 1992, and (2) an order of the same court dated September 9, 1993.

Ordered that the orders are affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice O'Brien at the Supreme Court. Mangano, P. J., Thompson, Copertino and Hart, JJ., concur.